UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
         §
RAY-LIN, LLC,  §   Case No. 13-01729
         §
         Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 09/03/2013 and the deadline for filing governmental claims was 09/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,290.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,290.00, for a total compensation of $ 2,290.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 51.64, for total expenses of $ 51.64 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/27/2015        By: _[signature]_
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 13-01729 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | RAY-LIN, LLC, | | | Date Filed (f) or Converted (c): | 01/16/13 (f) |
| | | | | 341(a) Meeting Date: | 03/08/13 |
| For Period Ending: | 02/27/15 | | | Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BMO Harris Checking | 0.00 | 0.00 | | 0.00 | 0.00 |
| BMO Harris Checking | | | | | |
| 2. Accounts Receivable - Various | 150,000.00 | 0.00 | | 0.00 | 0.00 |
| Various | | | | | |
| 3. leased 2012 Chevrolet Equinox | 0.00 | 0.00 | | 0.00 | 0.00 |
| leased 2012 Chevrolet Equinox | | | | | |
| 4. legal but no equitable 1/2 interest in 2008 Chevro | 0.00 | 0.00 | | 0.00 | 0.00 |
| legal but no equitable 1/2 interest in 2008 Chevrolet Pick up truck. Titled in corporation and principals name but payments made by principal's son. | | | | | |
| 5. Vehicles - 6 Chevy work vans- no liens worth @ $5k | 30,000.00 | 0.00 | | 15,400.00 | 0.00 |
| Vehicles - 6 Chevy work vans- no liens worth @ $5k each | | | | | |
| 6. Various Office Equipment | 500.00 | 0.00 | | 0.00 | 0.00 |
| Various Office Equipment | | | | | |
| 7. Equipment and Sheet Metal Machines - Liquidated va | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| Equipment and Sheet Metal Machines - Liquidated value | | | | | |
| 8. Metal, etc. | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| Metal, etc. | | | | | |
| 9. Various parts - Liquidated value | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| Various parts - Liquidated value | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $186,000.00 | $0.00 | | $15,400.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 13-01729 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: RAY-LIN, LLC, | Date Filed (f) or Converted (c): | 01/16/13 (f) |
| | 341(a) Meeting Date: | 03/08/13 |
| | Claims Bar Date: | 09/03/13 |

TRUSTEE HAS PREPARED TFR AND RELATED DOCUMENTS AND SUBMITTING TO UST FOR REVIEW - Feb. 27, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015. TRUSTEE HAS EMPLOYED AN AUCTIONEER TO SELL VEHICLES OWNED BY THE DEBT. AUCTION WAS HELD AND THE TRUSTEE RECEIVED $15,265.00 FROM SALE OF VEHICLES. TRUSTEE IS CONDUCTING A PREFERENCE ANALYSIS - January 19, 2014. NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014. TRUSTEE TO START DRAFTING TFT - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 01/31/15      Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-01729 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | RAY-LIN, LLC, | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2390 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8504 |  |  |
| For Period Ending: | 02/27/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/31/13 | 5 | AMERICAN AUCTION ASSOCIATES, INC. | Sale of Vehicle | 1129-000 | 15,400.00 |  | 15,400.00 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.15 | 15,377.85 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.86 | 15,354.99 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.83 | 15,332.16 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.06 | 15,310.10 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.76 | 15,287.34 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.00 | 15,265.34 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.69 | 15,242.65 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.66 | 15,219.99 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.44 | 15,199.55 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 |  | 22.07 | 15,177.48 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.60 | 15,154.88 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.81 | 15,133.07 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.50 | 15,110.57 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.74 | 15,088.83 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.43 | 15,066.40 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.40 | 15,044.00 |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.65 | 15,022.35 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.33 | 15,000.02 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.58 | 14,978.44 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.27 | 14,956.17 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.24 | 14,933.93 |

Page Subtotals  15,400.00  466.07

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-01729 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RAY-LIN, LLC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2390 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8504 | | | |
| For Period Ending: | 02/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

<br>

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,400.00 | 466.07 | 14,933.93 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,400.00 | 466.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,400.00 | 466.07 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2390 | 15,400.00 | 466.07 | 14,933.93 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,400.00 | 466.07 | 14,933.93 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 13, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-01729 | | Claim Class Sequence | | | |
| Debtor Name: | RAY-LIN, LLC, | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,899.75 | $2,899.75 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison St.<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,341.64 | $2,341.64 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $22.07 | $22.07 |
| 000001B<br>040<br>5400-00 | Pipe Fitters Association Local 597, 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $4,610.00 | $4,610.00 |
| 000002B<br>040<br>5400-00 | Pipe Fitters' Welfare Fund, Local 597<br>Johnson & Krol LLC<br>Attn Jessica Adelman<br>300 S Wacker Drive Suite 1313<br>Chicago, IL 60606 | Priority<br>Claim Withdrawn | | $0.00 | $7,800.12 | $7,800.12 |
| 000003B<br>040<br>5400-00 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $9,081.71 | $9,081.71 |
| 000004B<br>040<br>5400-00 | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $1,641.16 | $1,641.16 |
| 000005B<br>040<br>5400-00 | Industry Improvement Fund Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $73.76 | $73.76 |
| 000006B<br>040<br>5400-00 | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $7,800.12 | $7,800.12 |
| 000007A<br>040<br>5400-00 | Pipe Fitters' Association, Local Union 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $587.03 | $587.03 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 13, 2015 |
|---|---|---|---|---|---|---|

Case Number: 13-01729  
Debtor Name: RAY-LIN, LLC,  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008B<br>040<br>5400-00 | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Priority | | $0.00 | $285.83 | $285.83 |
| 000019A<br>040<br>5400-00 | Sheet Metal Workers' National Benefit Funds<br>Slevin & Hart PC<br>Attn Sarah G Naji Esq<br>1625 Massachusetts Ave NW, Ste 450<br>Washington, DC 20036 | Priority | | $0.00 | $17,432.59 | $17,432.59 |
| 000009<br>070<br>7100-00 | Holian Insulation Company Inc<br>William F McIntee Atty at Law<br>3436 W Elm Street<br>McHenry, IL 60050-4467 | Unsecured | | $0.00 | $36,912.48 | $36,912.48 |
| 000010<br>070<br>7100-00 | Insulation Plus, a division of MacArthur Company<br>Milwaukee Insulation Co<br>4700 N 129 Street<br>Butler, WI 53007 | Unsecured | | $0.00 | $3,729.88 | $3,729.88 |
| 000011<br>070<br>7100-00 | WW Grainger Inc<br>Attn Special Collections Dept<br>MES17860255140<br>7300 N Melvina<br>Niles, IL 60714 | Unsecured | | $0.00 | $11,634.69 | $11,634.69 |
| 000012<br>070<br>7100-00 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501 | Unsecured | | $0.00 | $1,762.47 | $1,762.47 |
| 000013<br>070<br>7100-00 | Temp Excel Properties LLC<br>dba National Excelsior Company<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | Unsecured | | $0.00 | $23,286.77 | $23,286.77 |
| 000014<br>070<br>7100-00 | Temperature Equipment Corporation<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | Unsecured | | $0.00 | $94,165.39 | $94,165.39 |
| 000015<br>070<br>7100-00 | Waukegan Steel<br>Attn K Kotnour<br>1965 Pratt Blvd<br>Elk Grove Village, IL 60008 | Unsecured | | $0.00 | $771.82 | $771.82 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 13, 2015 |
|---|---|---|---|---|---|---|

Case Number:    13-01729      Claim Class Sequence
Debtor Name:    RAY-LIN, LLC,

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000016<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,871.12 | $7,871.12 |
| 000017<br>070<br>7100-00 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | Unsecured | | $0.00 | $27,856.20 | $27,856.20 |
| 000018<br>070<br>7100-00 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $0.00 | $226.54 | $226.54 |
| 000019B<br>070<br>7100-00 | SHEET METAL WORKERS NATL BENEFIT FUNDS<br>Slevin & Hart PC<br>Attn Sarah G. Naji Esq.<br>1625 Massachusetts Ave NW<br>Suite 450<br>Washington, DC 20036 | Unsecured | | $0.00 | $10,460.89 | $10,460.89 |
| 000020B<br>070<br>7100-00 | Happ Builders, Inc.<br>Albert L. Chollet III<br>Watt Tieder Hoffar & Fitzgerald LLP<br>10 S. wacker, Suite 2935<br>Chicago, IL 60606 | Unsecured | | $0.00 | $30,357.21 | $30,357.21 |
| 000021<br>080<br>7200-00 | Ally Financial serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Unsecured | | $0.00 | $6,705.75 | $6,705.75 |
| 000001A<br>050<br>4210-00 | Pipe Fitters Association Local 597, 401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Secured | | $0.00 | $3,526.13 | $3,526.13 |
| 000002A<br>050<br>4210-00 | Pipe Fitters' Welfare Fund, Local 597<br>Johnson & Krol LLC<br>Attn Jessica Adelman<br>300 S Wacker Drive Suite 1313<br>Chicago, IL 60606 | Secured<br>Claim Withdrawn | | $0.00 | $17,941.04 | $17,941.04 |
| 000003A<br>050<br>4210-00 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Secured | | $0.00 | $9,007.81 | $9,007.81 |

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Printed: 04/13/15 09:53 AM    Ver: 18.04

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: April 13, 2015 |

Case Number:  13-01729  
Debtor Name:  RAY-LIN, LLC,   Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004A 050 4210-00 | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Secured | | $0.00 | $1,610.74 | $1,610.74 |
| 000005A 050 4210-00 | Industry Improvement Fund Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Secured | | $0.00 | $50.20 | $50.20 |
| 000006A 050 4210-00 | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Secured | | $0.00 | $10,140.92 | $10,140.92 |
| 000007B 050 4210-00 | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Secured | | $0.00 | $587.03 | $587.03 |
| 000008A 050 4210-00 | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Secured | | $0.00 | $277.16 | $277.16 |
| 000020A 050 4120-00 | Happ Builders, Inc. Albert L Chollet III Esq Watt Tieder Hoffar & Fitzgerald LLP 10 S Wacker, Suite 2935 Chicago, IL 60606 | Secured | | $0.00 | $73,489.15 | $73,489.15 |
| | Case Totals: | | | $0.00 | $426,947.17 | $426,947.17 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01729
Case Name: RAY-LIN, LLC,
Trustee Name: JOSEPH E. COHEN

Balance on hand                                                               $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000003A | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000004A | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | Industry Improvement Fund Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ | $ |
| 000006A | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ | $ |
| 000007B | Pipe Fitters' Association, Local Union 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ | $ |
| 000008A | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ | $ |
| 000020A | Happ Builders, Inc.<br>Albert L Chollet III Esq<br>Watt Tieder Hoffar & Fitzgerald LLP<br>10 S Wacker, Suite 2935<br>Chicago, IL 60606 | $ | $ | $ | $ |

  Total to be paid to secured creditors  $_____

  Remaining Balance  $_____

 Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses  $_____

  Remaining Balance  $_____

 Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |
| 000004B | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |
| 000005B | Industry Improvement Fund Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |
| 000006B | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |
| 000007A | Pipe Fitters' Association, Local Union 597 U.A.<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |
| 000008B | The Industry Improvement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019A | Sheet Metal Workers' National Benefit Funds<br>Slevin & Hart PC<br>Attn Sarah G Naji Esq<br>1625 Massachusetts Ave NW, Ste 450<br>Washington, DC 20036 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Holian Insulation Company Inc<br>William F McIntee Atty at Law<br>3436 W Elm Street<br>McHenry, IL 60050-4467 | $ | $ | $ |
| 000010 | Insulation Plus, a division of<br>MacArthur Company<br>Milwaukee Insulation Co<br>4700 N 129 Street<br>Butler, WI 53007 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | WW Grainger Inc<br>Attn Special Collections Dept<br>MES17860255140<br>7300 N Melvina<br>Niles, IL 60714 | $ | $ | $ |
| 000012 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501 | $ | $ | $ |
| 000013 | Temp Excel Properties LLC<br>dba National Excelsior Company<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ | $ | $ |
| 000014 | Temperature Equipment Corporation<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ | $ | $ |
| 000015 | Waukegan Steel<br>Attn K Kotnour<br>1965 Pratt Blvd<br>Elk Grove Village, IL 60008 | $ | $ | $ |
| 000016 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000017 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | $ | $ | $ |
| 000020B | Happ Builders, Inc.<br>Albert L. Chollet III<br>Watt Tieder Hoffar & Fitzgerald LLP<br>10 S. wacker, Suite 2935<br>Chicago, IL 60606 | $ | $ | $ |
| 000019B | SHEET METAL WORKERS NATL BENEFIT FUNDS<br>Slevin & Hart PC<br>Attn Sarah G. Naji Esq.<br>1625 Massachusetts Ave NW<br>Suite 450<br>Washington, DC 20036 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Ally Financial serviced by Ally Servicing LLC PO Box 130424 Roseville, MN 55113-0004 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance                                             $_____

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE