UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                            §
                                  §
RAY-LIN, LLC,                     §     Case No. 13-01729
                                  §
                                  §
        Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           CLERK OF BANKRUPTCY COURT
           219 S. Dearborn Street, Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 05/08/2015 in Courtroom ,
           North Branch Court
           1792 Nicole Lane
           Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                              Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| RAY-LIN, LLC, | § | Case No. 13-01729 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
| --- | --- |
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000001A | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000004A | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000005A | Industry Improvement Fund Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000007B | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |
| 000008A | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000020A | Happ Builders, Inc. Albert L Chollet III Esq Watt Tieder Hoffar & Fitzgerald LLP 10 S Wacker, Suite 2935 Chicago, IL 60606 | $ | $ | $ | $ |

Total to be paid to secured creditors　　　　　　　　　　　　　　$_____

Remaining Balance　　　　　　　　　　　　　　　　　　　　　$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses　　　　　　$_____

Remaining Balance　　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000003B | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000004B | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000005B | Industry Improvement Fund Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000006B | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000007A | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |
| 000008B | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019A | Sheet Metal Workers' National Benefit Funds<br>Slevin & Hart PC<br>Attn Sarah G Naji Esq<br>1625 Massachusetts Ave NW, Ste 450<br>Washington, DC 20036 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Holian Insulation Company Inc<br>William F McIntee Atty at Law<br>3436 W Elm Street<br>McHenry, IL 60050-4467 | $ | $ | $ |
| 000010 | Insulation Plus, a division of MacArthur Company<br>Milwaukee Insulation Co<br>4700 N 129 Street<br>Butler, WI 53007 | $ | $ | $ |
| 000011 | WW Grainger Inc<br>Attn Special Collections Dept<br>MES17860255140<br>7300 N Melvina<br>Niles, IL 60714 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501 | $ | $ | $ |
| 000013 | Temp Excel Properties LLC<br>dba National Excelsior Company<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ | $ | $ |
| 000014 | Temperature Equipment Corporation<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ | $ | $ |
| 000015 | Waukegan Steel<br>Attn K Kotnour<br>1965 Pratt Blvd<br>Elk Grove Village, IL 60008 | $ | $ | $ |
| 000016 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000017 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55 Hartford Plaza<br>Hartford, CT 06115 | $ | $ | $ |
| 000018 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | Happ Builders, Inc.<br>Albert L. Chollet III<br>Watt Tieder Hoffar &<br>Fitzgerald LLP<br>10 S. wacker, Suite 2935<br>Chicago, IL 60606 | $ | $ | $ |
| 000019B | SHEET METAL<br>WORKERS NATL<br>BENEFIT FUNDS<br>Slevin & Hart PC<br>Attn Sarah G. Naji Esq.<br>1625 Massachusetts Ave NW<br>Suite 450<br>Washington, DC 20036 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Ally Financial serviced by Ally<br>Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                            TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.