# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAY-LIN, LLC, | § | Case No. 13-01729 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 05/08/2015 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                      Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RAY-LIN, LLC, § Case No. 13-01729
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,400.00 |
| and approved disbursements of | $ | 466.07 |
| leaving a balance on hand of[1] | $ | 14,933.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 3,526.13 | $ 3,526.13 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 9,007.81 | $ 9,007.81 | $ 0.00 | $ 0.00 |
| 000004A | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 1,610.74 | $ 1,610.74 | $ 0.00 | $ 0.00 |
| 000005A | Industry Improvement Fund Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 50.20 | $ 50.20 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006A | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 10,140.92 | $ 10,140.92 | $ 0.00 | $ 0.00 |
| 000007B | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 587.03 | $ 587.03 | $ 0.00 | $ 0.00 |
| 000008A | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 277.16 | $ 277.16 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000020A | Happ Builders, Inc. Albert L Chollet III Esq Watt Tieder Hoffar & Fitzgerald LLP 10 S Wacker, Suite 2935 Chicago, IL 60606 | $ 73,489.15 | $ 73,489.15 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 14,933.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,290.00 | $ 0.00 | $ 2,290.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 51.64 | $ 0.00 | $ 51.64 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,899.75 | $ 0.00 | $ 2,899.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.07 | $ 22.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,241.39

Remaining Balance $ 9,692.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 41,512.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Pipe Fitters Association Local 597, 401(k) Plan c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 4,610.00 | $ 0.00 | $ 1,076.37 |
| 000003B | Pipe Fitters' Retirement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 9,081.71 | $ 0.00 | $ 2,120.46 |
| 000004B | Pipe Fitters' Training Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 1,641.16 | $ 0.00 | $ 383.19 |
| 000005B | Industry Improvement Fund Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 73.76 | $ 0.00 | $ 17.22 |
| 000006B | Pipe Fitters' Welfare Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 7,800.12 | $ 0.00 | $ 1,821.22 |
| 000007A | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 587.03 | $ 0.00 | $ 137.06 |
| 000008B | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | $ 285.83 | $ 0.00 | $ 66.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019A | Sheet Metal Workers' National Benefit Funds<br>Slevin & Hart PC<br>Attn Sarah G Naji Esq<br>1625 Massachusetts Ave NW, Ste 450<br>Washington, DC 20036 | $ 17,432.59 | $ 0.00 | $ 4,070.28 |
| | Total to be paid to priority creditors | | | $ 9,692.54 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 249,035.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Holian Insulation Company Inc<br>William F McIntee Atty at Law<br>3436 W Elm Street<br>McHenry, IL 60050-4467 | $ 36,912.48 | $ 0.00 | $ 0.00 |
| 000010 | Insulation Plus, a division of MacArthur Company<br>Milwaukee Insulation Co<br>4700 N 129 Street<br>Butler, WI 53007 | $ 3,729.88 | $ 0.00 | $ 0.00 |
| 000011 | WW Grainger Inc<br>Attn Special Collections Dept<br>MES17860255140<br>7300 N Melvina<br>Niles, IL 60714 | $ 11,634.69 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | SPEEDWAY LLC<br>PO BOX 1590<br>SPRINGFIELD OH 45501 | $ 1,762.47 | $ 0.00 | $ 0.00 |
| 000013 | Temp Excel Properties LLC<br>dba National Excelsior Company<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ 23,286.77 | $ 0.00 | $ 0.00 |
| 000014 | Temperature Equipment Corporation<br>Kohner Mann & Kailas SC<br>4650 N Port Washington Rd 2nd FL North<br>Milwaukee, WI 53212-1059 | $ 94,165.39 | $ 0.00 | $ 0.00 |
| 000015 | Waukegan Steel<br>Attn K Kotnour<br>1965 Pratt Blvd<br>Elk Grove Village, IL 60008 | $ 771.82 | $ 0.00 | $ 0.00 |
| 000016 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 7,871.12 | $ 0.00 | $ 0.00 |
| 000017 | Hartford Fire Insurance Company<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | $ 27,856.20 | $ 0.00 | $ 0.00 |
| 000018 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | $ 226.54 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020B | Happ Builders, Inc.<br>Albert L. Chollet III<br>Watt Tieder Hoffar &<br>Fitzgerald LLP<br>10 S. wacker, Suite 2935<br>Chicago, IL 60606 | $ 30,357.21 | $ 0.00 | $ 0.00 |
| 000019B | SHEET METAL<br>WORKERS NATL<br>BENEFIT FUNDS<br>Slevin & Hart PC<br>Attn Sarah G. Naji Esq.<br>1625 Massachusetts Ave NW<br>Suite 450<br>Washington, DC 20036 | $ 10,460.89 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 6,705.75  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Ally Financial serviced by Ally<br>Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | $ 6,705.75 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                                TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 13-01729-ABG
Ray-Lin, LLC                                                       Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 4                  Date Rcvd: Apr 15, 2015
                              Form ID: pdf006              Total Noticed: 115


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2015.
db             #+Ray-Lin, LLC,    28835 Herky Drive, Unit 120,    Lake Bluff, IL 60044-1465
19924705       +Air Products Equipment Co.,    1555 Louis Avenue,    Elk Grove Village, IL 60007-2313
19924706       +Air-Duct Mfg., Inc.,    920 North Lombard Road,    Lombard, IL 60148-1218
19924707       +Airgas North Central-Waterloo,    10 West 4th Street,    Waterloo, IA 50701-5428
19924708        Albert L. Chollet, III,    Hinshaw & Culbertson, LLP,    222 North LaSalle St., Ste. 300,
                 Chicago, IL 60601-1081
19924710       +Alpha Distributors,    4700 North Ronald Street,    Harwood Heights, IL 60706-3816
19924712        American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
19924711       +American Express,    P.O. Box 0001,    Los Angeles, CA 90078-0001
20859911        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19924714       +Automated Logic,    2400 Ogden Avenue,    Lisle, IL 60532-3933
19924722       +BTU Company, Inc.,    770 Pasquinelli,    Westmont, IL 60559-1200
19924715        Bank of America,    Platinum Plus For Business,    P.O. Box 15796,    Wilmington, DE 19886-5796
19924716       +Barr Mechanical Sales,    13719 West Laurel Drive,    Lake Forest, IL 60045-4530
19924719       +Board Of Education,    River Forest Public Schools, Dist. 90,    7776 Lake Street,
                 River Forest, IL 60305-1735
19924720       +Bornquist, Inc.,    7050 North Lehigh Avenue,    Chicago, IL 60646-1298
19924721       +Brucker Company,    1200 Greeleaf Avenue,    Elk Grove Village, IL 60007-5519
19924746       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    P.O. Box 6029,    The Lakes, NV 88901-6029)
19924723        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
19924724       +Century Electric,    168 Peterson Road,    Libertyville, IL 60048-1004
19924725        Citgo,   P.O. Box 2224,    Birmingham, AL 35246-0017
19924726       +City Of Waukegan,    100 N. Martin Luther King Jr. Ave.,    Waukegan, IL 60085-4395
19924727        Comcast,   P.O. Box 3001,    Southeastern, PA 19398-3001
19924728        Dreisilker Electric Motors, Inc.,    325 Roosevelt Road,    Glen Ellyn, IL 60137
19924730        EMC Insurance Companies,    717 Mulberty,    Des Moines, IA 50309-3872
19924729       +Efflandt Geothermal Drilling, Inc.,    1250 Sagebrush Trail,    Cary, IL 60013-3328
19924731       +Employers Mutual Casualty Company,    1815 S. Meyers Rd., Ste. 600,
                 Oakbrook Terrace, IL 60181-5262
19924732       +Excelsior - Melrose Park,    1999 North Ruby Street,    Melrose Park, IL 60160-1109
19924733       +Excelsior-M.G.,    8150 Lehigh Avenue,    Morton Grove, IL 60053-2600
19924734        Exxon Mobil Fleet Services,    P.O. Box 5727,    Carol Stream, IL 60197-5727
19924735       +Falls Mechanical Insulation, Inc.,    7703 West 99th Street,    Hickory Hills, IL 60457-2329
19924736       +FloMech, Inc.,    825 N. Cass, Ste. 102,    Westmont, IL 60559-6401
19924737       +G&O Thermal Supply-Highland Park,    1490 Old Deerfield Road,    Highland Park, IL 60035-3048
19924738       +Grainger Inc. - Burr Ridge,    7591 Brush Hill Road,    Burr Ridge, IL 60527-7575
19924740       +H-O-H Water Technology, Inc.,    500 South Vermont Street,    Palatine, IL 60067-6948
19924741       +Happ Builders, Inc.,    Albert L Chollet III Esq,    Watt Tieder Hoffar & Fitzgerald LLP,
                 10 S Wacker, Suite 2935,    Chicago, IL 60606-7411
21022639        Happ Builders, Inc.,    c/o Albert L. Chollet, III,    Watt, Tieder, Hoffar & Fitzgerald LLP,
                 10 S. Wacker Dr., Suite 2935,    Chicago, IL 60606-7411
19924742        Harleysville Insurance,    P.O. Box 37712,    Philadelphia, PA 19101-5012
20923205        Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
                 Hartford, CT 06115
19924743       +Hatchell & Associates, Inc.,    414 West Fullerton Avenue,    Elmhurst, IL 60126-1403
19924744        Hinkley Springs,    P.O. Box 660579,    Dallas, TX 75266-0579
20500992        Holian Insulation Company Inc,    William F McIntee Atty at Law,    3436 W Elm Street,
                 McHenry, IL 60050-4467
19924745       +Holian Insulation Company, Inc.,    7504 Meyer Road,    Spring Grove, IL 60081-9359
19924747       +Honeywell International,    1614 Elmwood Avenue,    Wilmette, IL 60091-1554
19924748        Illco, Inc, - Countryside,    P.O. Box 74032,    Chicago, IL 60690-4032
19924749       +Imperial Crane Services, Inc.,    9735 South Industrial Drive,    Bridgeview, IL 60455-2311
19924750       +Independent Test & Balance,    28365 Davis Parkway, Suite 202,    Warrenville, IL 60555-3034
19924751        Indiana Insurance,    C/O Euclid Insurance Services,    234 Spring Lake Drive,
                 Itasca, IL 60143-3202
19924752        Insulation Plus,    4802 Solution Center,    Chicago, IL 60677-4008
20624088       +Insulation Plus, a division of,    MacArthur Company,    Milwaukee Insulation Co,
                 4700 N 129 Street,    Butler, WI 53007-1652
19924753       +Jiffy Lube/AFMS,    My Fleet Center,    P.O. Box 620130,    Midddleton, WI 53562-0130
19924754       +Johnson Controls, Inc.,    5757 North Green Bay Road,    Milwaukee, WI 53209-4408
19924755       +Johnstone Supply Of Gurnee,    3895 Grove Avenue,    Gurnee, IL 60031-2128
19924756        Lennox,   P.O. Box 910549,    Dallas, TX 75391-0549
19924757       +Libertyville Ace Hardware,    155 Peterson Road,    Libertyville, IL 60048-1003
19924759       +Litgen Concrete Cutting & Coring Co.,    1020 Nerge Road,    Elk Grove, IL 60007-3216
19924760       +Marc Rifkind,    Slevin & Hart, P.C.,    1625 Massachusetts Ave., N.W., Ste. 450,
                 Washington, DC 20036-2228
19924761       +Matthew P. Happ,    28 Lebaron St.,    Waukegan, IL 60085-3025
19924762        McGraw Hill - CST,    CTS Building,    P.O. Box 33127,    Louisville, KY 40232-3127
19924763       +Mechanical Test & Balance, Inc.,    P.O. Box 1157,    Crown Point, IN 46308-1157
19924764       +Meilner Mechanical Sales, Inc.,    19 West College Drive,    Arlington Heights, IL 60004-1954
19924765       +Munch’s Supply - Wheeling,    301 Alice Street,    Wheeling, IL 60090-5805
19924767       +Nu-Tech Electric, Inc.,    767 Taft,    Syracuse, NY 13206-1040
19924768       +Peoples Energy - North Shore Gas,    130 East Randolph Drive,    Chicago, IL 60601-6207
```

```
District/off: 0752-1            User: cmendoza1              Page 2 of 4                   Date Rcvd: Apr 15, 2015
                                Form ID: pdf006              Total Noticed: 115


20393010       +Pipe Fitters Association Local 597, 401(k) Plan,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
20393008       +Pipe Fitters’ Association, Local Union 597 U.A.,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
20393004       +Pipe Fitters’ Retirement Fund, Local 597,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
20393006       +Pipe Fitters’ Training Fund, Local 597,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
19924769       +Pipe Fitters’ Welfare Fund, Local 597,    Johnson & Krol LLC,    Attn Jessica Adelman,
                 300 S Wacker Drive Suite 1313,     Chicago, IL 60606-6601
20393005       +Pipe Fitters’ Welfare Fund, Local 597,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
19924772       +Raymond F. Mungo,    17725 Volbrecht Road,    Lansing, IL 60438-4542
19924773       +River Forest Public School Dist. 90,    7776 Lake Street,    River Forest, IL 60305-1735
19924774       +Russo Ace Hardware,    5848 West Montrose,    Chicago, IL 60634-1748
20707656       +SPEEDWAY LLC,   PO BOX 1590,    SPRINGFIELD OH 45501-1590
19924776       +Sarah G. Naji,    Slevin & Hart, P.C.,    1625 Massachusetts Ave., Ste. 450,
                 Washington, DC 20036-2228
19924777       +Sheet Metal Workers’ Int’l Assoc.,    Local Union No. 73,    4530 Roosevelt Road,
                 Hillside, IL 60162-2053
20948806       +Sheet Metal Workers’ National Benefit Funds,    Slevin & Hart PC,    Attn Sarah G Naji Esq,
                 1625 Massachusetts Ave NW, Ste 450,    Washington, DC 20036-2228
19924778        Shell Fleet,   P.O. Box 183019,    Columbus, OH 43218-3019
19924780       +South Side Control Supply Co.,    488 North Milwaukee Avenue,    Chicago, IL 60654-3965
19924781       +Speedway - Superfleet,    Attn: Customer Service,    P.O. Box 1590,    Springfield, OH 45501-1590
19924782        Speedway SuperAmerica, LLC,    P.O. Box 740587,    Cincinnati, OH 45274-0587
19924783       +T&T Reproductions & Supplies, Inc.,    511 North 2nd Street,    Libertyville, IL 60048-2081
20737323       +Temp Excel Properties LLC,    dba National Excelsior Company,    Kohner Mann & Kailas SC,
                 4650 N Port Washington Rd 2nd FL North,     Milwaukee, WI 53212-1077
19924784        Temperature Equipment Corp. - Lansing/Al,    17725 Stoney Island Avenue, Ste. 1,
                 Lansing, IL  60438
19924785       +Temperature Equipment Corporation,    C/O Kenneth J. Nemec, Jr., Reg. Agent,
                 835 McClintock Dr., 2nd Floor,    Burr Ridge, IL 60527-0859
20737339       +Temperature Equipment Corporation,    Kohner Mann & Kailas SC,
                 4650 N Port Washington Rd 2nd FL North,     Milwaukee, WI 53212-1077
20393007       +The Industry Improvement Fund, Local 597,    c/o Johnson & Krol, LLC,
                 300 S. Wacker Drive, Suite 1313,     Chicago, IL 60606-6601
19924786       +Thermosystems, Inc.,    960 Industrial Drive, Ste. 1,    Elmhurst, IL 60126-1119
19924787       +Trane Company - Buffalo Grove,    1621 Barclay Boulevard,    Buffalo Grove, IL 60089-4544
19924788       +Trans Tek Flolo HVAC,    510 Stevenson Road,    South Elgin, IL 60177-2646
19924789       +Tri Comm Business Products,    1604 Barclay Boulevard,    Buffalo Grove, IL 60089-4523
19924790        Tri-State Yard Storage, Inc.,    28913 North Herky Drive,    Green Oaks, IL  60048
19924793        U.S. Cellular,   Dept. 0203,    Palatine, IL 60155-0203
19924791      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U. S. Bank, NA,     P.O. Box 3427,    Oshkosh, WI  54903)
19924794       +United Test & Balance,    386 Pennsylvania Avenue,    Glen Ellyn, IL 60137-4323
19924795       +W.L. Engler Distributing, Inc.,    1035 North Throop Street,    Chicago, IL 60642-4028
19924796        Waste Management,    P.O. Box 4648,    Carol Stream, IL  60197-4648
20846279       +Waukegan Steel,    Attn K Kotnour,    1965 Pratt Blvd,    Elk Grove Village, IL 60007-5905
19924797       +Waukegan Steel Sales, Inc.,    1201 Belvidere Road,    Waukegan, IL 60085-6297
19924798       +Whitey’s Crane Rental,    520 Cary Algonquin Road,    Cary, IL 60013-2060
19924799       +Windy City Representatives, LLC,    850 West Jackson Blvd., Ste. 420,    Chicago, IL 60607-3047
19924800        York International Corp.,    P.O. Box 905578,    Charlotte, NC 28290-5578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19924713       +E-mail/Text: g17768@att.com Apr 16 2015 00:47:09      AT&T,    P.O. Box 5080,
                 Carol Stream, IL 60197-5080
19924709        E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2015 00:47:05      Ally,    P.O. Box 9001948,
                 Louisville, KY  40290-1948
21469104        E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2015 00:47:05
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
19924717       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 16 2015 00:48:19
                 Bayview Loan Servicing, LLC,    62516 Collection Center Drive,    Chicago, IL 60693-0625
19924718       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 16 2015 00:48:19
                 Bayview Loan Servicing, LLC,    Collection Unit,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
19924739        E-mail/Text: scd_bankruptcynotices@grainger.com Apr 16 2015 00:47:46       Grainger, Inc.,
                 Dept. 860255140,    Palatine, IL  60038-0001
20935226        E-mail/Text: g17768@att.com Apr 16 2015 00:47:09      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
19924758       +Fax: 614-841-7055 Apr 16 2015 01:14:07      Liebert Corporation,    1050 Dearborn Drive,
                 Columbus, OH 43085-4709
19924770        E-mail/Text: bankruptcy@pb.com Apr 16 2015 00:48:40      Pitney Bowes Credit Corp.,
                 P.O. Box 856460,    Louisville, KY  40285-6460
19924771        E-mail/Text: bankruptcy@pb.com Apr 16 2015 00:48:40      Purchase Power,    P.O. Box 856042,
                 Louisville, KY  40285-6042
19924775        E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2015 00:43:40       Sam’s Club,    P.O. Box 530970,
                 Atlanta, GA  30353-0970
```

```
District/off: 0752-1                  User: cmendoza1              Page 3 of 4                  Date Rcvd: Apr 15, 2015
                                      Form ID: pdf006              Total Noticed: 115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19924779         +E-mail/Text: karen.zimbler@siemens.com Apr 16 2015 00:47:07      Siemens,
                  1000 Deerfield Parkway,   Buffalo Grove, IL 60089-4513
19924792          Fax: 866-419-3894 Apr 16 2015 01:24:07      U.S. Cellular,   P.O. Box 0203,
                  Palatine, IL 60055-0203
20650603         +E-mail/Text: scd_bankruptcynotices@grainger.com Apr 16 2015 00:47:46      WW Grainger Inc,
                  Attn Special Collections Dept,   MES17860255140,   7300 N Melvina,   Niles, IL 60714-3906
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20393009*        +Industry Improvement Fund Local 597,    c/o Johnson & Krol, LLC,
                  300 S. Wacker Drive, Suite 1313,   Chicago, IL 60606-6601
19924703*        +Ray-Lin LLC,   28835 Herky Drive,   Unit 120,   Lake Bluff, IL 60044-1465
19924704        ##+Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
19924766        ##+Noble Air, LLC,   310 South Nina Drive,   Mesa, AZ 85210-8449
                                                                                           TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2015 at the address(es) listed below:
```
              Albert L Chollet    on behalf of Creditor    Happ Builders, Inc. achollet@wthf.com,
               cdrexler@wthf.com
              Donald H Segel    on behalf of Creditor Robert  Kedzorski dsegel@sandslegal.com
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              James M Philbrick    on behalf of Creditor    Ally Financial Inc F/K/A GMAC Inc jmphilbrick@att.net
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Welfare Fund Local 597
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters' Association, Local 597
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitting Council of Greater Chicago
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Local 597 Training Fund
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Individual Account and 401(k) Plan
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Chicago Area Mechanical Contracting Industry Improvement
               Trust jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jeffrey A Krol    on behalf of Creditor    Pipe Fitters Retirement Fund, Local 597
               jeffkrol@johnsonkrol.com,    docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor    Pipe Fitters Welfare Fund Local 597
               adelman@johnsonkrol.com,    docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor    Pipe Fitters Local 597 Training Fund
               adelman@johnsonkrol.com,    docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor    Pipe Fitters' Association, Local 597
               adelman@johnsonkrol.com,    docket@johnsonkrol.com
```

```
District/off: 0752-1          User: cmendoza1              Page 4 of 4              Date Rcvd: Apr 15, 2015
                              Form ID: pdf006              Total Noticed: 115


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jessica L Adelman    on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
               adelman@johnsonkrol.com, docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor   Chicago Area Mechanical Contracting Industry
               Improvement Trust adelman@johnsonkrol.com,    docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
               adelman@johnsonkrol.com, docket@johnsonkrol.com
              Jessica L Adelman    on behalf of Creditor   Pipe Fitting Council of Greater Chicago
               adelman@johnsonkrol.com, docket@johnsonkrol.com
              John E Gierum    on behalf of Debtor   Ray-Lin, LLC jgierum@7trustee.net, karen@gierummantas.com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitters Welfare Fund Local 597
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitters' Association, Local 597
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitting Council of Greater Chicago
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Chicago Area Mechanical Contracting Industry
               Improvement Trust mallon@johnsonkrol.com,    docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Joseph E Mallon    on behalf of Creditor   Pipe Fitters Local 597 Training Fund
               mallon@johnsonkrol.com, docket@johnsonkrol.com;foderaro@johnsonkrol.com
              Matthew M. Hevrin    on behalf of Creditor   BMO Harris Bank, N.A., f/k/a Harris N.A., as the
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
               mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William P Callinan    on behalf of Creditor   Chicago Area Mechanical Contracting Industry
               Improvement Trust william@johnsonkrol.com,    docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Retirement Fund, Local 597
               william@johnsonkrol.com, docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Local 597 Training Fund
               william@johnsonkrol.com, docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Welfare Fund Local 597
               william@johnsonkrol.com, docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters' Association, Local 597
               william@johnsonkrol.com, docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitters Individual Account and 401(k) Plan
               william@johnsonkrol.com, docket@johnsonkrol.com
              William P Callinan    on behalf of Creditor   Pipe Fitting Council of Greater Chicago
               william@johnsonkrol.com, docket@johnsonkrol.com
                                                                                             TOTAL: 39
```