# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAY-LIN, LLC, | § | Case No. 13-01729 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  9,692.54

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  5,707.46

---

3) Total gross receipts of $ 15,400.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,400.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 252,571.24 | $ 116,630.18 | $ 116,630.18 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,707.46 | 5,707.46 | 5,707.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 144,259.93 | 49,312.32 | 49,312.32 | 9,692.54 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 962,277.85 | 255,741.21 | 255,741.21 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,359,109.02 | $ 427,391.17 | $ 427,391.17 | $ 15,400.00 |

4)  This case was originally filed under chapter 7 on  01/16/2013 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2015                          By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicles - 6 Chevy work vans- no liens worth @ $5k | 1129-000 | 15,400.00 |
| **TOTAL GROSS RECEIPTS** | | $ 15,400.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally P.O. Box 9001948 Louisville, KY  40290-1948 | | 20,790.42 | NA | NA | 0.00 |
| | Bayview Loan Servicing, LLC 62516 Collection Center Drive Chicago, IL  60693 | | 29,668.44 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan Servicing, LLC 62516 Collection Center Drive Chicago, IL  60693 | | 193,345.06 | NA | NA | 0.00 |
| | Bayview Loan Servicing, LLC Collection Unit 4425 Ponce De Leon Blvd., 5th Floor Coral Gables, FL  33146 | | 0.00 | NA | NA | 0.00 |
| | Bayview Loan Servicing, LLC Collection Unit 4425 Ponce De Leon Blvd., 5th Floor Coral Gables, FL  33146 | | 0.00 | NA | NA | 0.00 |
| | U. S. Bank, NA P.O. Box 3427 Oshkosh, WI  54903 | | 8,767.32 | NA | NA | 0.00 |
| 000020A | HAPP BUILDERS, INC. | 4120-000 | NA | 73,489.15 | 73,489.15 | 0.00 |
| 000005A | INDUSTRY IMPROVEMENT FUND LOCAL 597 | 4210-000 | NA | 50.20 | 50.20 | 0.00 |
| 000001A | PIPE FITTERS ASSOCIATION LOCAL 597, | 4210-000 | NA | 3,526.13 | 3,526.13 | 0.00 |
| 000007B | PIPE FITTERS' ASSOCIATION, LOCAL U | 4210-000 | NA | 587.03 | 587.03 | 0.00 |
| 000003A | PIPE FITTERS' RETIREMENT FUND, LOC | 4210-000 | NA | 9,007.81 | 9,007.81 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | PIPE FITTERS' TRAINING FUND, LOCAL | 4210-000 | NA | 1,610.74 | 1,610.74 | 0.00 |
| 000002A | PIPE FITTERS' WELFARE FUND, LOCAL | 4210-000 | NA | 17,941.04 | 17,941.04 | 0.00 |
| 000006A | PIPE FITTERS' WELFARE FUND, LOCAL | 4210-000 | NA | 10,140.92 | 10,140.92 | 0.00 |
| 000008A | THE INDUSTRY IMPROVEMENT FUND, LOCA | 4210-000 | NA | 277.16 | 277.16 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 252,571.24 | $ 116,630.18 | $ 116,630.18 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,290.00 | 2,290.00 | 2,290.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 51.64 | 51.64 | 51.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 22.07 | 22.07 | 22.07 |
| ASSOCIATED BANK | 2600-000 | NA | 444.00 | 444.00 | 444.00 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 1,933.17 | 1,933.17 | 1,933.17 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | 3110-000 | NA | 966.58 | 966.58 | 966.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,707.46 | $ 5,707.46 | $ 5,707.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marc Rifkind Slevin & Hart, P.C. 1625 Massachusetts Ave., N.W., Ste. 450 Washington, DC  20036 | | 0.00 | NA | NA | 0.00 |
| | Marc Rifkind Slevin & Hart, P.C. 1625 Massachusetts Ave., N.W., Ste. 450 Washington, DC  20036 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sarah G. Naji Slevin & Hart, P.C. 1625 Massachusetts Ave., Ste. 450 Washington, DC  20036 | | 12,536.67 | NA | NA | 0.00 |
| | Sheet Metal Workers' Int'l Assoc. Local Union No. 73 4530 Roosevelt Road Hillside, IL  60162 | | 64,201.88 | NA | NA | 0.00 |
| | Sheet Metal Workers' Int'l Assoc. Local Union No. 73 4530 Roosevelt Road Hillside, IL  60162 | | 67,521.38 | NA | NA | 0.00 |
| 000005B | INDUSTRY IMPROVEMENT FUND LOCAL 597 | 5400-000 | NA | 73.76 | 73.76 | 17.22 |
| 000001B | PIPE FITTERS ASSOCIATION LOCAL 597, | 5400-000 | NA | 4,610.00 | 4,610.00 | 1,076.37 |
| 000007A | PIPE FITTERS' ASSOCIATION, LOCAL U | 5400-000 | NA | 587.03 | 587.03 | 137.06 |
| 000003B | PIPE FITTERS' RETIREMENT FUND, LOC | 5400-000 | NA | 9,081.71 | 9,081.71 | 2,120.46 |
| 000004B | PIPE FITTERS' TRAINING FUND, LOCAL | 5400-000 | NA | 1,641.16 | 1,641.16 | 383.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | PIPE FITTERS' WELFARE FUND, LOCAL | 5400-000 | NA | 7,800.12 | 7,800.12 | 0.00 |
| 000006B | PIPE FITTERS' WELFARE FUND, LOCAL | 5400-000 | NA | 7,800.12 | 7,800.12 | 1,821.22 |
| 000019A | SHEET METAL WORKERS' NATIONAL BENE | 5400-000 | NA | 17,432.59 | 17,432.59 | 4,070.28 |
| 000008B | THE INDUSTRY IMPROVEMENT FUND, LOCA | 5400-000 | NA | 285.83 | 285.83 | 66.74 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 144,259.93 | $ 49,312.32 | $ 49,312.32 | $ 9,692.54 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 5080 Carol Stream, IL 60197 | | 227.57 | NA | NA | 0.00 |
| | Air Products Equipment Co. 1555 Louis Avenue Elk Grove Village, IL 60007 | | 4,099.79 | NA | NA | 0.00 |
| | Air-Duct Mfg., Inc. 920 North Lombard Road Lombard, IL 60148 | | 2,193.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airgas North Central-Waterloo 10 West 4th Street Waterloo, IA  50704 | | 196.98 | NA | NA | 0.00 |
| | Albert L. Chollet, III Hinshaw & Culbertson, LLP 222 North LaSalle St., Ste. 300 Chicago, IL  60601-1081 | | 0.00 | NA | NA | 0.00 |
| | Alpha Distributors 4700 North Ronald Street Harwood Heights, IL  60706 | | 984.32 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | | 36,116.09 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90996-8000 | | 15,187.49 | NA | NA | 0.00 |
| | American Express P.O. Box 0001 Los Angeles, CA 90996-8000 | | 9,287.25 | NA | NA | 0.00 |
| | Automated Logic 2400 Ogden Avenue Lisle, IL  60532 | | 2,550.00 | NA | NA | 0.00 |
| | BTU Company, Inc. 770 Pasquinelli Westmont, IL 60559 | | 1,118.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Platinum Plus For Business P.O. Box 15796 Wilmington, DE 19886-5796 | | 19,191.00 | NA | NA | 0.00 |
| | Barr Mechanical Sales 13719 West Laurel Drive Lake Forest, IL  60045 | | 140.00 | NA | NA | 0.00 |
| | Board Of Education River Forest Public Schools, Dist. 90 7776 Lake Street River Forest, IL  60305 | | 0.00 | NA | NA | 0.00 |
| | Bornquist, Inc. 7050 North Lehigh Avenue Chicago, IL 60646 | | 11,184.85 | NA | NA | 0.00 |
| | Brucker Company 1200 Greeleaf Avenue Elk Grove Village, IL  60007 | | 84,461.25 | NA | NA | 0.00 |
| | Capital One P.O. Box 6492 Carol Stream, IL  60197-6492 | | 7,275.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 6492 Carol Stream, IL  60197-6492 | | 7,676.63 | NA | NA | 0.00 |
| | Capital One P.O. Box 6492 Carol Stream, IL  60197-6492 | | 9,167.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Century Electric 168 Peterson Road Libertyville, IL  60048 | | 76.92 | NA | NA | 0.00 |
| | Citgo P.O. Box 2224 Birmingham, AL  35246-0017 | | 2,160.03 | NA | NA | 0.00 |
| | City Of Waukegan 100 N. Martin Luther King Jr. Ave. Waukegan, IL  60085 | | 25.00 | NA | NA | 0.00 |
| | Comcast P.O. Box 3001 Southeastern, PA  19398-3001 | | 582.82 | NA | NA | 0.00 |
| | Dreisilker Electric Motors, Inc. 325 Roosevelt Road Glen Ellyn, IL  60137 | | 714.90 | NA | NA | 0.00 |
| | EMC Insurance Companies 717 Mulberty Des Moines, IA 50309-3872 | | 0.00 | NA | NA | 0.00 |
| | Efflandt Geothermal Drilling, Inc. 1250 Sagebrush Trail Cary, IL  60013 | | 8,182.00 | NA | NA | 0.00 |
| | Employers Mutual Casualty Company 1815 S. Meyers Rd., Ste. 600 Oakbrook Terrace, IL 60181 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Excelsior - Melrose Park 1999 North Ruby Street Melrose Park, IL  60160 | | 974.47 | NA | NA | 0.00 |
| | Excelsior-M.G. 8150 Lehigh Avenue Morton Grove, IL 60053 | | 19,876.42 | NA | NA | 0.00 |
| | Exxon Mobil Fleet Services P.O. Box 5727 Carol Stream, IL  60197-5727 | | 500.00 | NA | NA | 0.00 |
| | Falls Mechanical Insulation, Inc. 7703 West 99th Street Hickory Hills, IL  60457 | | 37,360.00 | NA | NA | 0.00 |
| | FloMech, Inc. 825 N. Cass, Ste. 102 Westmont, IL  60559 | | 13,344.80 | NA | NA | 0.00 |
| | G&O Thermal Supply-Highland Park 1490 Old Deerfield Road Highland Park, IL  60035 | | 514.62 | NA | NA | 0.00 |
| | Grainger Inc. - Burr Ridge 7591 Brush Hill Road Burr Ridge, IL  60527 | | 194.40 | NA | NA | 0.00 |
| | Grainger, Inc. Dept. 860255140 Palatine, IL 60038-0001 | | 11,370.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H-O-H Water Technology, Inc. 500 South Vermont Street Palatine, IL  60067 | | 948.00 | NA | NA | 0.00 |
| | Happ Builders, Inc. C/O James J. Karras, Reg. Agent 1010 Jorie Blvd., Ste. 100 Oak Brook, IL  60523 | | 0.00 | NA | NA | 0.00 |
| | Harleysville Insurance P.O. Box 37712 Philadelphia, PA 19101-5012 | | 15,027.75 | NA | NA | 0.00 |
| | Hatchell & Associates, Inc. 414 West Fullerton Avenue Elmhurst, IL  60126 | | 2,811.20 | NA | NA | 0.00 |
| | Hinkley Springs P.O. Box 660579 Dallas, TX  75266-0579 | | 71.06 | NA | NA | 0.00 |
| | Holian Insulation Company, Inc. 7504 Meyer Road Spring Grove, IL  60081 | | 27,394.53 | NA | NA | 0.00 |
| | Home Depot P.O. Box 6029 The Lakes, NV  88901-6029 | | 22.49 | NA | NA | 0.00 |
| | Honeywell International 1614 Elmwood Avenue Wilmette, IL  60091 | | 4,555.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illco, Inc, - Countryside P.O. Box 74032 Chicago, IL 60690-4032 | | 43,532.10 | NA | NA | 0.00 |
| | Imperial Crane Services, Inc. 9735 South Industrial Drive Bridgeview, IL  60455 | | 6,040.00 | NA | NA | 0.00 |
| | Independent Test & Balance 28365 Davis Parkway, Suite 202 Warrenville, IL  60555 | | 14,600.00 | NA | NA | 0.00 |
| | Indiana Insurance C/O Euclid Insurance Services 234 Spring Lake Drive Itasca, IL  60143-3202 | | 1,999.00 | NA | NA | 0.00 |
| | Insulation Plus 4802 Solution Center Chicago, IL  60677-4008 | | 3,672.88 | NA | NA | 0.00 |
| | Jiffy Lube/AFMS My Fleet Center P.O. Box 620130 Midddleton, WI  53562 | | 123.99 | NA | NA | 0.00 |
| | Johnson Controls, Inc. 5757 North Green Bay Road Milwaukee, WI  53201 | | 8,221.50 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Johnstone Supply Of Gurnee 3895 Grove Avenue Gurnee, IL  60031 | | 1,641.78 | NA | NA | 0.00 |
| | Lennox P.O. Box 910549 Dallas, TX  75391-0549 | | 273.71 | NA | NA | 0.00 |
| | Libertyville Ace Hardware 155 Peterson Road Libertyville, IL  60048 | | 870.39 | NA | NA | 0.00 |
| | Liebert Corporation 1050 Dearborn Drive Columbus, OH  43085 | | 18,125.00 | NA | NA | 0.00 |
| | Litgen Concrete Cutting & Coring Co. 1020 Nerge Road Elk Grove, IL  60007 | | 870.00 | NA | NA | 0.00 |
| | Matthew P. Happ 28 Lebaron St. Waukegan, IL  60085 | | 0.00 | NA | NA | 0.00 |
| | McGraw Hill - CST CTS Building P.O. Box 33127 Louisville, KY  40232-3127 | | 265.69 | NA | NA | 0.00 |
| | Mechanical Test & Balance, Inc. P.O. Box 1157 Crown Point, IN  46308 | | 6,900.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meilner Mechancial Sales, Inc. 19 West College Drive Arlington Heights, IL  60004 | | 500.75 | NA | NA | 0.00 |
| | Munch's Supply - Wheeling 301 Alice Street Wheeling, IL 60090 | | 8.04 | NA | NA | 0.00 |
| | Noble Air, LLC 310 South Nina Drive Mesa, AZ  85210 | | 5,800.00 | NA | NA | 0.00 |
| | Nu-Tech Electric, Inc. 767 Taft Syracuse, NY  13206 | | 1,540.00 | NA | NA | 0.00 |
| | Peoples Energy - North Shore Gas 130 East Randolph Drive Chicago, IL  60601 | | 282.51 | NA | NA | 0.00 |
| | Pipe Fitters' Local 597 Welfare & Retirement Funds 45 N. Ogend Ave. Chicago, IL 60607 | | 24,099.59 | NA | NA | 0.00 |
| | Pitney Bowes Credit Corp. P.O. Box 856460 Louisville, KY  40285-6460 | | 202.55 | NA | NA | 0.00 |
| | Purchase Power P.O. Box 856042 Louisville, KY 40285-6042 | | 511.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Raymond F. Mungo 17725 Volbrecht Road Lansing, IL 60438 | | 0.00 | NA | NA | 0.00 |
| | River Forest Public School Dist. 90 7776 Lake Street River Forest, IL  60305 | | 0.00 | NA | NA | 0.00 |
| | Russo Ace Hardware 5848 West Montrose Chicago, IL 60634 | | 204.06 | NA | NA | 0.00 |
| | Sam's Club P.O. Box 530970 Atlanta, GA  30353-0970 | | 1,700.00 | NA | NA | 0.00 |
| | Shell Fleet P.O. Box 183019 Columbus, OH  43218-3019 | | 1,922.67 | NA | NA | 0.00 |
| | Siemens 1000 Deerfield Parkway Buffalo Grove, IL 60089 | | 19,575.00 | NA | NA | 0.00 |
| | South Side Control Supply Co. 488 North Milwaukee Avenue Chicago, IL  60610 | | 23,474.38 | NA | NA | 0.00 |
| | Speedway - Superfleet Attn: Customer Service P.O. Box 1590 Springfield, OH  45501 | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Speedway SuperAmerica, LLC P.O. Box 740587 Cincinnati, OH  45274-0587 | | 2,655.92 | NA | NA | 0.00 |
| | T&T Reproductions & Supplies, Inc. 511 North 2nd Street Libertyville, IL  60048 | | 581.60 | NA | NA | 0.00 |
| | Temperature Equipment Corp. - Lansing/Al 17725 Stoney Island Avenue, Ste. 1 Lansing, IL  60438 | | 231,722.80 | NA | NA | 0.00 |
| | Temperature Equipment Corporation C/O Kenneth J. Nemec, Jr., Reg. Agent 835 McClintock Dr., 2nd Floor Burr Ridge, IL  60527 | | 140,694.82 | NA | NA | 0.00 |
| | Thermosystems, Inc. 960 Industrial Drive, Ste. 1 Elmhurst, IL  60126 | | 18,009.18 | NA | NA | 0.00 |
| | Trane Company - Buffalo Grove 1621 Barclay Boulevard Buffalo Grove, IL 60089 | | 660.85 | NA | NA | 0.00 |
| | Trans Tek Flolo HVAC 510 Stevenson Road South Elgin, IL  60177 | | 1,710.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tri Comm Business Products 1604 Barclay Boulevard Buffalo Grove, IL  60089 | | 358.24 | NA | NA | 0.00 |
| | Tri-State Yard Storage, Inc. 28913 North Herky Drive Green Oaks, IL  60048 | | 3,120.00 | NA | NA | 0.00 |
| | U.S. Cellular Dept. 0203 Palatine, IL  60155-0203 | | 418.81 | NA | NA | 0.00 |
| | U.S. Cellular P.O. Box 0203 Palatine, IL  60055-0203 | | 1,050.37 | NA | NA | 0.00 |
| | United Test & Balance 386 Pennsylvania Avenue Glen Ellyn, IL  60137 | | 2,900.00 | NA | NA | 0.00 |
| | W.L. Engler Distributing, Inc. 1035 North Throop Street Chicago, IL  60642 | | 279.28 | NA | NA | 0.00 |
| | Waste Management P.O. Box 4648 Carol Stream, IL  60197-4648 | | 177.62 | NA | NA | 0.00 |
| | Waukegan Steel Sales, Inc. 1201 Belvidere Road Waukegan, IL  60085 | | 761.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Whitey's Crane Rental 520 Cary Algonquin Road Cary, IL 60013 | | 4,340.00 | NA | NA | 0.00 |
| | Windy City Representatives, LLC 850 West Jackson Blvd., Ste. 420 Chicago, IL 60607 | | 4,758.50 | NA | NA | 0.00 |
| | York International Corp. P.O. Box 905578 Charlotte, NC 28290-5578 | | 2,356.97 | NA | NA | 0.00 |
| 000016 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 7,871.12 | 7,871.12 | 0.00 |
| 000020B | HAPP BUILDERS, INC. | 7100-000 | NA | 30,357.21 | 30,357.21 | 0.00 |
| 000017 | HARTFORD FIRE INSURANCE COMPANY | 7100-000 | NA | 27,856.20 | 27,856.20 | 0.00 |
| 000009 | HOLIAN INSULATION COMPANY INC | 7100-000 | NA | 36,912.48 | 36,912.48 | 0.00 |
| 000018 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | NA | 226.54 | 226.54 | 0.00 |
| 000010 | INSULATION PLUS, A DIVISION OF | 7100-000 | NA | 3,729.88 | 3,729.88 | 0.00 |
| 000019B | SHEET METAL WORKERS NATL BENEFIT FU | 7100-000 | NA | 10,460.89 | 10,460.89 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | SPEEDWAY LLC | 7100-000 | NA | 1,762.47 | 1,762.47 | 0.00 |
| 000013 | TEMP EXCEL PROPERTIES LLC | 7100-000 | NA | 23,286.77 | 23,286.77 | 0.00 |
| 000014 | TEMPERATURE EQUIPMENT CORPORATION | 7100-000 | NA | 94,165.39 | 94,165.39 | 0.00 |
| 000015 | WAUKEGAN STEEL | 7100-000 | NA | 771.82 | 771.82 | 0.00 |
| 000011 | WW GRAINGER INC | 7100-000 | NA | 11,634.69 | 11,634.69 | 0.00 |
| 000021 | ALLY FINANCIAL SERVICED BY ALLY SER | 7200-000 | NA | 6,705.75 | 6,705.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 962,277.85 | $ 255,741.21 | $ 255,741.21 | $ 0.00 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Exhibit 8**

| Case No: | 13-01729   ABG   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | RAY-LIN, LLC, |
| For Period Ending: | 08/03/15 |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 01/16/13 (f) |
| 341(a) Meeting Date: | 03/08/13 |
| Claims Bar Date: | 09/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BMO Harris Checking   BMO Harris Checking | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. Accounts Receivable - Various   Various | 150,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. leased 2012 Chevrolet Equinox   leased 2012 Chevrolet Equinox | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. legal but no equitable 1/2 interest in 2008 Chevro   legal but no equitable 1/2 interest in 2008 Chevrolet Pick up truck. Titled in corporation and principals name but payments made by principal's son. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5. Vehicles - 6 Chevy work vans- no liens worth @ $5k   Vehicles - 6 Chevy work vans- no liens worth @ $5k each | 30,000.00 | 0.00 | | 15,400.00 | 0.00 |
| 6. Various Office Equipment   Various Office Equipment | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Equipment and Sheet Metal Machines - Liquidated va   Equipment and Sheet Metal Machines - Liquidated value | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Metal, etc.   Metal, etc. | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Various parts - Liquidated value   Various parts - Liquidated value | 2,000.00 | 0.00 | | 0.00 | 0.00 |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $186,000.00 | $0.00 | | $15,400.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-01729    ABG   Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | RAY-LIN, LLC, | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 01/16/13 (f) |
| 341(a) Meeting Date: | 03/08/13 |
| Claims Bar Date: | 09/03/13 |

TFR AND NFR FILED WITH THE COURT - April 30, 2015.  TRUSTEE HAS PREPARED TFR AND RELATED DOCUMENTS AND SUBMITTING TO UST
FOR REVIEW - Feb. 27, 2015.  TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE HAS
EMPLOYED AN AUCTIONEER TO SELL VEHICLES OWNED BY THE DEBT.  AUCTION WAS HELD AND THE TRUSTEE RECEIVED $15,265.00 FROM
SALE OF VEHICLES.  TRUSTEE IS CONDUCTING A PREFERENCE ANALYSIS - January 19, 2014. NO CHANGE - April 30, 2014.  NO
CHANGE - July 17, 2014.  TRUSTEE TO START DRAFTING TFT - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 01/31/15         Current Projected Date of Final Report (TFR): 02/28/15

FOR RPQ9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-01729 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: | RAY-LIN, LLC, | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******2390 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8504 | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/13 | 5 | AMERICAN AUCTION ASSOCIATES, INC. | Sale of Vehicle | 1129-000 | 15,400.00 | | 15,400.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 15,377.85 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.86 | 15,354.99 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.83 | 15,332.16 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.06 | 15,310.10 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.76 | 15,287.34 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.00 | 15,265.34 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.69 | 15,242.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.66 | 15,219.99 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.44 | 15,199.55 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 22.07 | 15,177.48 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.60 | 15,154.88 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 15,133.07 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.50 | 15,110.57 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.74 | 15,088.83 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.43 | 15,066.40 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.40 | 15,044.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.65 | 15,022.35 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.33 | 15,000.02 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.58 | 14,978.44 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.27 | 14,956.17 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,933.93 |
| 05/12/15 | 300002 | JOSEPH E. COHEN, Trustee 105 West Madison St. Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 2,341.64 | 12,592.29 |

Page Subtotals      15,400.00      2,807.71

Ver: 18.05

FORM 2                                                                                                    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-01729 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RAY-LIN, LLC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2390  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8504 | | |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees              2,290.00 | 2100-000 | | | |
| | | | Expenses            51.64 | 2200-000 | | | |
| 05/12/15 | 300003 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,933.17 | 10,659.12 |
| 05/12/15 | 300004 | JOSEPH E. COHEN, ATTORNEY FOR TRUSTEE<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 966.58 | 9,692.54 |
| 05/12/15 | 300005 | Pipe Fitters Association Local 597,<br>401(k) Plan<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000001B, Payment 23.34859%<br>(1-1) Unpaid wage deductions(1-2)<br>Unpaid contributions to Taft-Hartley benefit funds<br>(1-1) Redacted PDF per Order entry #23 on<br>5/2/13(1-2) Modified to correct claim type on 4/26/13<br>(ar). Redacted PDF per Order entry #23 on 5/2/13 | 5400-000 | | 1,076.37 | 8,616.17 |
| 05/12/15 | 300006 | Pipe Fitters' Retirement Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000003B, Payment 23.34869%<br>(3-1) Unpaid contributions to<br>Taft-Hartley benefit funds | 5400-000 | | 2,120.46 | 6,495.71 |
| 05/12/15 | 300007 | Pipe Fitters' Training Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000004B, Payment 23.34873%<br>(4-1) Unpaid contributions to<br>Taft-Hartley benefit funds | 5400-000 | | 383.19 | 6,112.52 |
| 05/12/15 | 300008 | Industry Improvement Fund Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000005B, Payment 23.34599%<br>(5-1) Unpaid contributions to<br>Taft-Hartley benefit funds | 5400-000 | | 17.22 | 6,095.30 |
| 05/12/15 | 300009 | Pipe Fitters' Welfare Fund, Local 597<br>c/o Johnson & Krol, LLC<br>300 S. Wacker Drive, Suite 1313<br>Chicago, IL 60606 | Claim 000006B, Payment 23.34862%<br>(6-1) Unpaid contributions to<br>Taft-Hartley benefit funds | 5400-000 | | 1,821.22 | 4,274.08 |

Page Subtotals                                     0.00          8,318.21

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-01729 -ABG |
| Case Name: | RAY-LIN, LLC, |
| | |
| Taxpayer ID No: | *******8504 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2390  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/15 | 300010 | Pipe Fitters' Association, Local Union 597 U.A. c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000007A, Payment 23.34804% (7-1) Unpaid wage deductions | 5400-000 | | 137.06 | 4,137.02 |
| 05/12/15 | 300011 | The Industry Improvement Fund, Local 597 c/o Johnson & Krol, LLC 300 S. Wacker Drive, Suite 1313 Chicago, IL 60606 | Claim 000008B, Payment 23.34954% (8-1) Unpaid contributions to Taft-Hartley benefit funds(8-2) Unpaid contributions to Taft-Hartley benefit funds (8-1) Modified to correct creditors name on 4/26/13 (ar)(8-2) <b>Incorrect PDF, Filer Notified to Refile</b> on 4/26/13 | 5400-000 | | 66.74 | 4,070.28 |
| 05/12/15 | 300012 | Sheet Metal Workers' National Benefit Funds Slevin & Hart PC Attn Sarah G Naji Esq 1625 Massachusetts Ave NW, Ste 450 Washington, DC 20036 | Claim 000019A, Payment 23.34868% (19-1) Modified to correct creditors address on 9/4/13 (ar) | 5400-000 | | 4,070.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 15,400.00 | 15,400.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 15,400.00 | 15,400.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 15,400.00 | 15,400.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******2390 | 15,400.00 | 15,400.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 15,400.00 | 15,400.00 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals    0.00    4,274.08

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-01729 -ABG |
| Case Name: | RAY-LIN, LLC, |
| | |
| Taxpayer ID No: | *******8504 |
| For Period Ending: | 08/03/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2390 Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 18.05